| | UNITED STATES DISTRICT COURT<br>MARTIN LUTHER KING, JR.<br>FEDERAL BLD & U.S. COURTHOUSE<br>50 WALNUT STREET<br>P.O. BOX 419<br>NEWARK, N.J. 07101-0419 | CAMDEN OFFICE<br>USPO & Courthouse<br>401 Market Street<br>Camden, N.J. 08101 |
|---|---|---|
| William T. Walsh<br>Clerk | | TRENTON OFFICE<br>402 East State Street<br>P.O. Box 515<br>Trenton, N.J. 08603 |

REPLY TO: Newark

Date  6/5/2012

Joanne Rajoppi, Clerk
105 Courthouse, 2 Broad St.
P.O. Box 6099
Elizabeth, NJ 07207-6099

       Re: Manuel Cruz -v- Taki Nakia Wright
       Your No. UNN-L-86-00011
       USDC No. 12-1508CCC

Dear Sir/Madam:

    Pursuant to Order of Remand entered in above matter, enclosed please find one Certified copy of Order of Remand and one Certified copy of docket sheets.

    Kindly acknowledge receipt on copy of this letter.

                       Very truly yours,

                       William T. Walsh, Clerk

             by: _Norma Rodriguez_
                    Deputy Clerk

Enclosure
cc: All counsel/parties

RECEIPT IS ACKNOWLEDGED THIS ___ DAY OF _____, 199